I concur in the principal opinion of this Court in this cause as prepared by the Honorable Leigh M. Clark.
As noted in the principal opinion, counsel for a criminal defendant is under a duty and obligation to seek out witnesses and endeavor to talk with them concerning the facts out of which a given case arose.
However, there is a counter balancing right, as noted also in the principal opinion, on the part of each witness to refuse to be interviewed by counsel or to otherwise talk with an attorney, or other party, seeking to interrogate such witness.
Several cases pointing out that a witness need not be subjected to an interview or required to speak with counsel before trial are cited in this Court's opinion in Veith v.State, 48 Ala. App. 688, 267 So.2d 480 (1972).
DeCARLO, J., joins in the above.